**Shawn Christopher TAYLOR,**
**Plaintiff–Appellant,**

v.

**Mark HENRY, Warden; Stephen Finger, Administrative Remedy Coordinator; William Ey, Captain; Susan Crump, Unit Manager; Lieutenant Griener; Lieutenant Bright, S.I.S.; Lieutenant Castro, S.I.S.; William Brown, Education Administrator; R. Cosgrove, Education; sued in their individual and official capacities, Defendants–Appellees.**

**No. 01–6509.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Shawn Christopher Taylor, pro se. Stephen Matthew Schenning, United States Attorney, Larry David Adams, Assistant United States Attorney, Baltimore, MD, for appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Shawn C. Taylor appeals from the district court's order denying relief in his action filed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Taylor v. Henry*, No. CA–99–1810–CCB (D. Md. June 19, 2000 & Feb. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*